UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Thomas Gerard Larose</u>

            v.                 Civil No. 09-cv-268-JL

<u>NH Adult Parole Board</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 28, 2009, no objection having been filed.

SO ORDERED.

October 19, 2009                                   <u>***/s/ Joseph N. Laplante***</u>
                                                      Joseph N. Laplante
                                                      United States District Judge

cc:     Thomas Gerard Larose, pro se