```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Thomas Gerard Larose

    v.                    Civil No. 09-cv-00268-JL

NH Adult Parole Board

### O R D E R

The court declines to issue a certificate of appealability. The petitioner has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner, that the issues presented were adequate to deserve encouragement to proceed further, or otherwise made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:   December 14, 2009

cc:  Thomas Gerard Larose, pro se
     Elizabeth C. Woodcock, Esq.